[No. 9511–4–II. Division Two. July 17, 1987.]

LYNN H. PIERCE BARNES, *Respondent,* v. WILLIAM K.
PIERCE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 61012, James D. Ladley, J., entered December

30, 1985. *Affirmed* by unpublished opinion per Mitchell, J. Pro Tem., concurred in by Dolliver and Doran, JJ. Pro Tem.